## Mary Dobler, Appellee, v. T. G. O'Connor and The Standard Brewery, Appellants.

### Gen. No. 23,645.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. THEODORE BRENTANO, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Mary Dobler, plaintiff, against T. G. O'Connor and The Standard Brewery, a corporation, defendants, under section 9 of the Dram Shop Act (J. & A. ¶ 4609), to recover damages for the death of plaintiff's minor son, alleged to have been caused by intoxication produced by liquors sold the son in the saloon of defendant O'Connor, leased by him from defendant Standard Brewery. From a judgment for plaintiff for $1,350, defendants appeal.

CASTLE, WILLIAMS, LONG & CASTLE, for appellants.

LITZINGER, HEALY & REID, for appellee; JAMES J. FINN, of counsel.

MR. JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. INTOXICATING LIQUORS, § 228*—*when intoxication of minor shown to be proximate cause of death.* In an action by a parent to recover, under section 9 of the Dramshop Act (J. & A. ¶ 4609), for the death of plaintiff's minor son, evidence examined and held sufficient to support a finding that deceased was intoxicated and that the intoxication was the proximate cause of his death.

2. INTOXICATING LIQUORS, § 187*—*who may have right of action under section 9 of Dramshop Act.* The right of action given by

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Dobler v. T. G. O'Connor et al., 209 Ill. App. 548.

section 9 of the Dramshop Act (J. & A. ¶ 4609) is not limited to those persons only who have a legal right to support.

3. INTOXICATING LIQUORS, § 247*—*when amount of damages in action under Dramshop Act is for jury.*  In an action under section 9 of the Dramshop Act (J. & A. ¶ 4609) to recover damages for a death caused by intoxication, the question of the amount of damages is for the jury.

4. INTOXICATING LIQUORS, § 233*—*when substantial damages shown to result to mother from death of son.*  In an action to recover damages brought by a mother, under section 9 of the Dramshop Act (J. & A. ¶ 4609), for the death of her son, evidence that deceased was 18 years of age, that for more than a year before his death he had been paid $50 a month as a machinist apprentice, which he gave his mother, who used it in the support of herself and her family, that for several months before his death he assisted his father in running a pool room, receiving no wages, but the profits of the pool room being used for the family support, and that after his death she was obliged to take in washing to support the family, is sufficient to show that the death of the son resulted in substantial damages to plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.